# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3952
_____

CHRISTOPHER JOSEPH
STALLWORTH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

May 8, 2019

PER CURIAM.

AFFIRMED.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Victor Holder, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Amanda Stokes, Assistant Attorney General, Tallahassee, for Appellee.